**David John MARTIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74021.**

Missouri Court of Appeals,
Western District.

Dec. 11, 2012.

S. Kate Webber, Kansas City, MO, for appellant.

Karen Kramer, Jefferson City, MO, for respondent.

Before: THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. David John Martin appeals from the trial court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. He contends he received ineffective assistance of plea counsel and sentencing counsel.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Jeffrey Berman, Kansas City, MO, for appellant.

Shelly Kintzel, Jefferson City, MO, for respondent.

Before: JAMES EDWARD WELSH, CJ., THOMAS H. NEWTON, J., and CHARLES E. ATWELL, Sp. J.